JUNE 11, 2012

No. 11–836. HARTMAN ET AL. v. MOORE. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reichle* v. *Howards*, 566 U. S. 658 (2012). JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1011. HOWES, WARDEN v. WALKER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Parker* v. *Matthews*, *ante*, p. 37 *(per curiam)*.

No. 11–9684. WOOLRIDGE v. FAKHOURY, WARDEN. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–9766. BURNLEY v. NORWOOD ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–9939. LABOY v. ILLINOIS. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2614. IN RE DISBARMENT OF CREEL. Disbarment entered. [For earlier order herein, see 565 U. S. 1053.]